IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| REGINA MICHELE MATHIS, | * |
| Petitioner, | * |
| v. | Case No. 7:21-CV-137(WLS) |
| | * |
| ASHLEY PAULK, | |
| | * |
| Respondent. | |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated January 5, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 6th day of January, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk